B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Medical Supplies Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Reliable Medical Supplies of Illinois** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4232604** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1741 Oakwood Road**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Medical Supplies Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **Leonid Goldfarb** | Case Number: | Date Filed: |
| District: **Northern District of Illinois** | Relationship: **50% shareholder & officer** | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Medical Supplies Corp.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**4043 Dempster**
**Skokie, IL 60076**


Address

                              **Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
Telephone Number

**August 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Leonid Goldfarb**
Signature of Authorized Individual

**Leonid Goldfarb**
Printed Name of Authorized Individual

**Authorized Officer & 50% shareholder**
Title of Authorized Individual

**August 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6F (Official Form 6F) (12/07)

In re  **Medical Supplies Corp.**                                          ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264-2960-7754-9894**<br><br>**AAA Financial Services**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | - | | **Credit account.** | | X | | 42,141.02 |
| Account No. **07768181**<br><br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967** | - | | **Expenses.** | | X | | 3,184.75 |
| Account No. **5477-5313-1170-0014**<br><br>**Advanta Bank Corp.**<br>**Po Box 844**<br>**Spring House, PA 19477** | - | | **Credit account.** | | X | | 30,990.00 |
| Account No. **5451R-00A2205395**<br><br>**Ambit Energy**<br>**PO Box 660462**<br>**Dallas, TX 75266-0462** | - | | **Expenses.** | | X | | 533.13 |

__9__ continuation sheets attached

Subtotal (Total of this page)    **76,848.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Medical Supplies Corp.**,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6-52005**<br><br>**AmEx**<br>**American Express Business Card**<br>**PO Box 0001**<br>**Winthrop Harbor, IL 60096-8000** | - | | **Credit account.** | | X | | 304.92 |
| Account No. **3-41001**<br><br>**AmEx**<br>**American Express Business Card**<br>**PO Box 0001**<br>**Winthrop Harbor, IL 60096-8000** | - | | **Credit account.** | | X | | 17,255.99 |
| Account No. **7-9400**<br><br>**AmEx**<br>**American Express Business Card**<br>**PO Box 0001**<br>**Winthrop Harbor, IL 60096-8000** | - | | **Credit account.** | | X | | 6,613.80 |
| Account No. **6-01009**<br><br>**AmEx**<br>**American Express Business Card**<br>**PO Box 0001**<br>**Winthrop Harbor, IL 60096-8000** | - | | **Credit account.** | | X | | 11,687.64 |
| Account No. **4458-3100-4369-5560**<br><br>**AT & T Business Card**<br>**Po Box 688901**<br>**Des Moines, IA 50368-8914** | - | | **Expenses.** | | X | | 7,657.54 |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  43,519.89

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Medical Supplies Corp.**, Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9894** <br><br> **Bank Of America** <br> **Pob 17054** <br> **Wilmington, DE 19884** | - | | **Credit account.** | | X | | 42,141.00 |
| Account No. **4339-9300-2289-3657** <br><br> **Bank of America** <br> **PO Box 53111** <br> **Wilmington, DE 19884** | - | | **Credit account.** | | X | | 20,299.64 |
| Account No. **4339-9316-4182-7159** <br><br> **Bank of America** <br> **PO Box 15311** <br> **Wilmington, DE 19886-5102** | - | | **Credit account.** | | X | | 15,031.31 |
| Account No. **749230414552198** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | - | | **Credit account.** | | X | | 30,109.85 |
| Account No. **5523-2100-0133-0366** <br><br> **Barclays Bank Delaware** <br> **125 S. West St.** <br> **Wilmington, DE 19850** | - | | **Credit account.** | | X | | 45,746.00 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **153,327.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Medical Supplies Corp.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802-1371-0160-2516** <br><br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5522** | - | | Credit account. | | X | | 14,640.90 |
| Account No. **4802-1326-3387-7116** <br><br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5522** | - | | Credit account. | | X | | 8,238.40 |
| Account No. **4802-1325-2831-6048** <br><br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5522** | - | | Credit account. | | X | | 3,802.36 |
| Account No. **572622458699** <br><br> **Capital One** <br> **PO Box 30273** <br> **Salt Lake City, UT 84103** | - | | Line of Credit. | | X | | 23,304.00 |
| Account No. **4246315121042806//10-M1-147289** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | Credit account; personally guaranteed by debtor. | | X | | 28,558.20 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78,543.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Medical Supplies Corp.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **441712587035//10-M1-157895** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit account.** | | X | | **19,535.56** |
| Account No. **4366-1410-2915-8039** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit account.** | | X | | **12,189.30** |
| Account No. **4246-3113-5035-8229** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit account.** | | X | | **11,074.79** |
| Account No. **5417-1134-9168-7882** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit account.** | | X | | **3,397.01** |
| Account No. **00450580551001** <br><br> **Chase** <br> **PO Box 260161** <br> **Baton Rouge, LA 70826-0161** | - | | **Line of Credit.** | | X | | **54,518.95** |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **100,715.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Medical Supplies Corp.**, Case No. _____
       _____
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00450591963001** <br> **Chase** <br> **PO Box 260161** <br> **Baton Rouge, LA 70826-0161** | - | | **Line of Credit.** | | X | | **48,272.29** |
| Account No. **5082-2900-5007-4977** <br> **Citi** <br> **Po Box 6077** <br> **Sioux Falls, SD 57117** | - | | **Credit account.** | | X | | **1,376.83** |
| Account No. **5306-3000-4147-9258** <br> **Diners Club** <br> **PO Box 6003** <br> **The Lakes, NV 88901-6003** | - | | **Credit account.** | | X | | **5,408.79** |
| Account No. **6011-0070-8000-5696** <br> **Discover Fin Svcs LLC** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | - | | **Credit account.** | | X | | **10,627.42** |
| Account No. **10-L-003627** <br> **Eric Rothner** <br> **c/o Ashman & Stein** <br> **150 N. Wacker Drive, Ste. 3000** <br> **Chicago, IL 60606** | - | | **Breach of Contrat law suit; counter claim by defendant against Medical Supplies, Corp.; included for purposes of discharge of any personal liability of debtor.** | | X | | **Unknown** |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **65,685.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **Medical Supplies Corp.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5762**<br><br>**Fifth Third Bank**<br>**Chicago**<br>**PO Box 630900**<br>**Cincinnati, OH 45263-0990** | | - | **Overdraft fees.** | | X | | 666.93 |
| Account No. **5473-7824-0202-1000**<br><br>**Fifth Third Bank**<br>**Po Box 740789**<br>**Cincinnati, OH 45274-0789** | | - | **Line of Credit.** | | X | | 33,742.10 |
| Account No. **7235175762**<br><br>**Fifth Third Bank**<br>**PO Box 630900**<br>**Cincinnati, OH 45263-0900** | | - | **Overdraft fees for Your Medical Stop, Inc.; personally guaranteed by debtor.** | | X | | 750.00 |
| Account No. **6034590700767715**<br><br>**Gemb/Abt TV**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | - | **Credit account.** | | X | | 13,110.45 |
| Account No. **6035322137643486**<br><br>**Home Depost Credit Serviecs**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | | - | **Credit account.** | | X | | 636.40 |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **48,905.88**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Medical Supplies Corp.**,        Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24645** <br><br> **Home Pages** <br> **915 E. Lincoln Hwy.** <br> **Po Box 801** <br> **DeKalb, IL 60115** | - | | **Expenses.** | | X | | **2,950.00** |
| Account No. **4019-8114-3516-5437** <br><br> **Macy's** <br> **PO Box 183084** <br> **Columbus, OH 43218-3084** | - | | **Credit account.** | | X | | **798.73** |
| Account No. **4381118444736** <br><br> **Mcydsnb** <br> **9111 Duke Blvd.** <br> **Mason, OH 45040** | - | | **Credit account.** | | X | | **3,613.00** |
| Account No. **4381118444720** <br><br> **Mcydsnb** <br> **9111 Duke Blvd.** <br> **Mason, OH 45040** | - | | **Credit account.** | | X | | **3,720.19** |
| Account No. **4500026167396** <br><br> **Peoplesene** <br> **130 E. Randolph Drive** <br> **Chicago, IL 60601** | - | | **Credit account.** | | X | | **509.00** |

Sheet no. __**7**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **11,590.92**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Medical Supplies Corp.**, Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5523-2100-0133-0366** <br><br>**Spirit Airlines** <br>**Card Service** <br>**Po Box 13337** <br>**Philadelphia, PA 19101-3337** | - | | Credit account. | | X | | 45,746.79 |
| Account No. **4336-9488-6504-0320** <br><br>**US Bank** <br>**PO Box 790408** <br>**Saint Louis, MO 63179-0408** | - | | Credit account. | | X | | 19,188.74 |
| Account No. **058550411100001** <br><br>**Verizon** <br>**PO Box 25505** <br>**Lehigh Valley, PA 18002-5502** | - | | Expenses. | | X | | 125.14 |
| Account No. **4019-8114-3516-5437** <br><br>**Visdsnb** <br>**9111 Duke Blvd.** <br>**Mason, OH 45040** | - | | Credit account. | | X | | 799.00 |
| Account No. **4856-2002-2246-6677** <br><br>**Wells Fargo** <br>**PO BOX 54349** <br>**Los Angeles, CA 90054-0349** | - | | Credit account. | | X | | 2,231.00 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**68,090.67**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Medical Supplies Corp.**, Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6230** <br><br> **Wells Fargo** <br> **Po Box 29746** <br> **Phoenix, AZ 85038** | | - | **Credit account.** | | X | | 7,912.33 |
| Account No. **5474-6488-0231-1037** <br><br> **Wells Fargo Business** <br> **Po Box 29482** <br> **Phoenix, AZ 85038** | | - | **Credit account.** | | X | | 40,964.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **48,876.33**

Total (Report on Summary of Schedules) **696,105.19**

```
AAA Financial Services
PO Box 851001
Dallas, TX 75285-1001


ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


Advanta Bank Corp.
Po Box 844
Spring House, PA 19477


Ambit Energy
PO Box 660462
Dallas, TX 75266-0462


AmEx
American Express Business Card
PO Box 0001
Winthrop Harbor, IL 60096-8000


AmEx
American Express Business Card
PO Box 0001
Winthrop Harbor, IL 60096-8000


AmEx
American Express Business Card
PO Box 0001
Winthrop Harbor, IL 60096-8000


AmEx
American Express Business Card
PO Box 0001
Winthrop Harbor, IL 60096-8000


AT & T Business Card
Po Box 688901
Des Moines, IA 50368-8914


Bank Of America
Pob 17054
Wilmington, DE 19884
```

```
Bank of America
PO Box 53111
Wilmington, DE 19884


Bank of America
PO Box 15311
Wilmington, DE 19886-5102


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19850


Capital One
PO Box 85520
Richmond, VA 23285-5522


Capital One
PO Box 85520
Richmond, VA 23285-5522


Capital One
PO Box 85520
Richmond, VA 23285-5522


Capital One
PO Box 30273
Salt Lake City, UT 84103


Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298


Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298
```

Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Chase
PO Box 260161
Baton Rouge, LA 70826-0161

Chase
PO Box 260161
Baton Rouge, LA 70826-0161

Citi
Po Box 6077
Sioux Falls, SD 57117

Diners Club
PO Box 6003
The Lakes, NV 88901-6003

Discover  Fin Svcs LLC
Po Box 15316
Wilmington, DE 19850

Eric Rothner
c/o Ashman & Stein
150 N. Wacker Drive, Ste. 3000
Chicago, IL 60606

Fifth Third Bank
Chicago
PO Box 630900
Cincinnati, OH 45263-0990

```
Fifth Third Bank
Po Box 740789
Cincinnati, OH 45274-0789


Fifth Third Bank
PO Box 630900
Cincinnati, OH 45263-0900


Gemb/Abt TV
Po Box 981439
El Paso, TX 79998


Home Depost Credit Serviecs
PO Box 6029
The Lakes, NV 88901-6029


Home Pages
915 E. Lincoln Hwy.
Po Box 801
DeKalb, IL 60115


Macy's
PO Box 183084
Columbus, OH 43218-3084


Mcydsnb
9111 Duke Blvd.
Mason, OH 45040


Mcydsnb
9111 Duke Blvd.
Mason, OH 45040


Michael D. Fine, Esq.
131 South Dearborn St., 5th Floor
Chicago, IL 60603


Michael D. Fine, Esq.
131 South Dearborn St., 5th Floor
Chicago, IL 60603


Peoplesene
130 E. Randolph Drive
Chicago, IL 60601
```

```
Spirit Airlines
Card Service
Po Box 13337
Philadelphia, PA 19101-3337


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


Verizon
PO Box 25505
Lehigh Valley, PA 18002-5502


Visdsnb
9111  Duke Blvd.
Mason, OH 45040


Wells Fargo
PO BOX 54349
Los Angeles, CA 90054-0349


Wells Fargo
Po Box 29746
Phoenix, AZ 85038


Wells Fargo Business
Po Box 29482
Phoenix, AZ 85038
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter **7** |
| **Medical Supplies Corp.** | ) | Bankruptcy Case No. |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER        Date:   **August 20, 2010**

A.   To be completed in all cases.

   I(We)   **Leonid Goldfarb**  , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.   To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐   I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.   To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☒   I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature:  _____            Signature  _____
   **Leonid Goldfarb**
(Debtor or Corporate Officer, Partner or Member)                               (Joint Debtor)