# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Medical Supplies Corp.   )
)
)   **Bankruptcy No.** 10 B 37844
)
**Debtor(s)**   )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D. Levey is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Medical Supplies Corp.
Bankruptcy No. 10 B 37844

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Alexey Y Kaplan**
Kaplan Law Offices P C
950 Skokie Blvd.
Suite 310
Northbrook, IL 60062

*Trustee*

**Phillip D Levey, ESQ**
2722 North Racine Avenue
Chicago, IL 60614

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*

**Medical Supplies Corp.**
1741 Oakwood Road
Northbrook, IL 60062